**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

SADIE AUSTIN,
    Plaintiff,

vs.                                    Case No.: 5:07cv52/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 15, 2008 (Doc. 31).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's Motion For Attorney Fees (Doc. 27) is **GRANTED** as follows:

Plaintiff's counsel, Heather Freeman, (formerly known as Heather F. Aloe), Esquire, is entitled to recover fees in the amount of $5,048.09 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees and hourly rates requested under the EAJA are reasonable; and the Commissioner is directed to pay counsel that amount.

**DONE AND ORDERED** this 13th day of August, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**